

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-16-00372-CR
No. 07-16-00373-CR
No. 07-16-00374-CR

_____

ISAAC J. ADAMS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 432nd District Court
Tarrant County, Texas
Trial Court Nos. 1414530D, 1409243D, & 1414529D; Honorable Ruben Gonzalez, Jr., Presiding

January 31, 2017

## ORDER DIRECTING COUNSEL TO PROVIDE
## APPELLATE RECORD IN ANDERS APPEAL

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant, Isaac J. Adams, was convicted of two counts of aggravated assault causing serious bodily injury with a deadly weapon, a motor vehicle,[1] and one count of

---

[1] Tex. Penal Code Ann. § 22.02(a) (West 2011).

manslaughter.[2]  Punishment was assessed at four years imprisonment for each count of aggravated assault and nine years imprisonment for manslaughter.  The sentences were ordered to run concurrently.  Appellant appeals the judgments.

On January 18, 2017, Appellant's court-appointed counsel filed a motion to withdraw, supported by a brief filed in accordance with *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967), wherein counsel represented that Appellant's appeal was frivolous.  Counsel provided a copy of the motion to withdraw and *Anders* brief to Appellant and advised him of his right to file a *pro se* response.  Counsel also advised Appellant of his right to personally review the appellate record in order to determine whether to file a response, and provided him a form motion for access to the appellate record.  *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014).  Appellant's *pro se* response to the *Anders* brief is due on February 21, 2017.

Now pending before this court is *Appellant's Motion for Pro Se Access to the Appellate Record* filed on January 27, 2017, requesting that this court provide Appellant a copy of the appellate record.  We deny the motion.  Instead, consistent with our previous orders, we order Appellant's counsel to prepare and deliver to Appellant, by whatever means available, a readily accessible copy of the appellate record on or before February 14, 2017.  *See Weatherly v. State,* No. 07-16-00189-CR, 2016 Tex. App. LEXIS 13406, at *2-3 (Tex. App.—Amarillo Dec. 15, 2016, order) (not designated for publication) (reciting this court's prior orders doing same).  Because Appellant is indigent, any cost associated with providing an accessible appellate record should be

---

[2] TEX. PENAL CODE ANN. § 19.04 (West 2011).

submitted to the trial court for payment. Counsel is further directed to certify to this court, in writing, on or before that date, that he has complied with this order.

Appellant has also requested additional time to file a *pro se* response. Accordingly, Appellant's *pro se* response, should he desire to file one, is due on or before April 17, 2017.

It is so ordered.

Per Curiam

Do not publish.